**ROBERT D. CHRISTENSON, #076060**
**CHRISTENSON LAW FIRM**
**472 WEST PUTNAM AVENUE**
**PORTERVILLE, CALIFORNIA   93257**

(559) 784-4934   Telephone
(559) 784-3431   Facsimile

**Attorneys for Appellant**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT of CALIFORNIA

---ooo---

| | |
|---|---|
| AI D. SAESEE, | CASE NO: CIV-F **04-6381 DLB** |
| Appellant, | |
| vs | **STIPULATION and ORDER** |
| COMMISSIONER of SOCIAL SECURITY, | **to EXTEND TIME** |
| Defendant. | |

The parties, through their respective counsel, stipulate that Appellant's time to submit the Opening Brief be extended from May 11, 2005 to June 10, 2005.

/ / / / /                                                                                            \ \ \ \ \

/ / / / /                                                                                            \ \ \ \ \

This is the Appellant's first request for an extension of time to submit Appellant's Opening Brief.  The Appellant needs additional time to prepare the Opening Brief.

                                             Respectfully submitted,

                                             /s/ Robert D. Christenson

Dated:  May 5, 2005                    **ROBERT D. CHRISTENSON**
                                                  Attorney for Appellant


Dated:  May 5, 2005                    **McGREGOR W. SCOTT**
                                                  United States Attorney

                                             /s/ Kimberly A. Gaab
                                             _____
                                             **KIMBERLY A. GAAB**
                                             Assistant United States Attorney

    IT IS SO ORDERED.

**Dated:   May 6, 2005**                           **/s/ Dennis L. Beck**
3c0hj8                                         UNITED STATES MAGISTRATE JUDGE